IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID SANDERS                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:16-CV-212-SA-RP

ITAWAMBA COUNTY, and
STATE OF MISSISSIPPI                                                                         DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to the undersigned United States District Judge Sharion Aycock on November 29, 2016. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 30th day of November, 2016.

                                                                                           /s/ Sharion Aycock
                                                                                          **U.S. DISTRICT JUDGE**